■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BRESSETTE, Appellant, v SUPERINTENDENT OF GREAT MEADOW CORRECTIONAL FACILITY, Respondent.—Appeal from a judgment of the Supreme Court (Harris, J.), entered October 3, 1990 in Albany County, which denied petitioner's application

for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Initially we note that petitioner has been released on parole, thus rendering moot this habeas corpus proceeding *(see, People ex rel. Doyle v Fischer,* 159 AD2d 208; *People ex rel. Kitchen v Sullivan,* 121 AD2d 415). In any event, petitioner's allegation that his conviction was in contravention of his 5th Amendment right against self-incrimination was or could have been raised on direct appeal or by way of a CPL article 440 motion *(see, People ex rel. Rosado v Miles,* 138 AD2d 808), and we see no reason to depart from traditional orderly procedure *(see, People ex rel. Grady v LeFevre,* 152 AD2d 850, *lv denied* 75 NY2d 702). Finally, as Supreme Court noted, habeas corpus may not be used to collaterally attack a judgment of conviction on constitutional grounds *(see, People ex rel. Sales v LeFevre,* 93 AD2d 945, 946, *lv denied* 60 NY2d 558).

Mahoney, P. J., Weiss, Yesawich Jr., Crew III and Harvey, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.